```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PETER GOULD,                             :
                                         :
                         Plaintiff,      :     24cv9262(DLC)
             -v-                         :
                                         :        ORDER
54 BELOW LLC,                            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This action was filed on December 5, 2024 against defendant 54 Below LLC. On December 17, the plaintiff filed an affidavit of service reflecting that the defendant had been served through the office of the Secretary of State of New York. The defendant's deadline to answer or otherwise respond to the complaint was January 7, 2025. Counsel for the defendant has not appeared, and the defendant has not responded to the complaint. It is hereby

    ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **January 15, 2025** explaining its basis to believe that service on the Secretary of State of New York is effective service on 54 Below LLC.

Dated:    New York, New York
           January 8, 2025

                                    _____
                                          DENISE COTE
                                 United States District Judge