```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
PETER GOULD,                           :    24cv9262 (DLC)
                                       :
                    Plaintiff,         :    ORDER
         -v-                           :
                                       :
54 BELOW LLC,                          :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 28, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 26, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge